417 A.2d 793

Commonwealth v. Radford, Appellant.

Submitted December 8, 1978.  John W. Packel, Assistant Public De-

fender, Chief, Appeals Division, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.